UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:22-cr-190-MSS-SPF

ARNULFO RODRIGUEZ-MUNOZ, et al.

**THE PARTIES' JOINT STATUS
REPORT FOR FEBRUARY 15, 2022**

The United States of America, by and through its representative, the undersigned Assistant United States Attorney, respectfully submits the instant joint status report, advising the Court of the current status of the case.

1.      **Brief summary of the case's status**

On May 25, 2022, a federal grand jury returned a five-count indictment charging the defendants with conspiracy to distribute and possession with intent to distribute controlled substances.

Defendant Ceballos was arrested on July 1, 2022, and was arraigned on July 7, 2022. Ceballos was released on bond and has returned to Texas.

Defendants Rodriguez-Munoz, Velasquez, and Castillo were arrested on June 22, 2022, in the Northern District of Texas and transported to the Middle District of Florida, arriving on July 15, 2022. Defendant Castillo was arraigned in the Middle District of Florida on July 18, 2022, and Defendants Rodriguez-Munoz and Velasquez were arraigned in the Middle District of Florida on July 20, 2022. All three Defendants remain in custody.

The United States has made productions of documents to all four Defendants. However, the United States is in the process of producing additional discovery obtained from electronic devices. The Court entered a protective order (Dkt. 77), and the United States has produced electronic device discovery to Defendants who have provided thumb drives.

There are no known remaining defendants or fugitives.

The case is on the Court's March 2023 trial calendar.

**2.    Possibility of a plea agreement**

Defendant Castillo's sentencing is set for March 21, 2023. Dkt. 112. There is a high likelihood of plea agreements as to Defendants Rodriguez-Munoz and Velasquez. The United States has provided a plea agreement to Defendant Rodriguez-Munoz for his review and will be providing one to Defendant Velasquez shortly. Counsel for Rodriguez-Munoz and Velasquez intends to travel to Tampa next week or the week after to meet his clients to discuss the plea agreements. Defendant Ceballos remains in the process of reviewing discovery, and the United States will also be providing a plea agreement for his review shortly.

**3.    Number of days required for trial**

The United States expects that the government's case-in-chief would take approximately five days. Defendants Rodriguez-Munoz and Velasquez expect that it will take approximately two days to present their case. Defendant Ceballos is in the process of reviewing discovery and is not yet ready to offer an expected amount of time for his case.

**4.    Pending motions**

There are no pending motions, but one or more Defendants are expected to file motions to continue.

**5.    Speedy trial issues**

At this time, there are no speedy trial issues, as long as the remaining Defendants file the Speedy Trial waivers required by Dkt. 108. With the continuations granted in the interests of justice in accordance with the Speedy Trial Act (Dkt. 63, 75, 80, 97, 108), there would be 35 days remaining on the Speedy Trial deadline for Defendant Ceballos, and 30 days remaining for the remaining Defendants, starting with the beginning of the March 2023 trial calendar.[1]

The United States has contacted counsel for the Defendants, and none of the parties objected to the above information.

---

[1] In light of the presumption that any time in transportation in excess of ten days is unreasonable, the Government excludes only the first ten days after their June 22, 2022 arrest in Texas from the Speedy Trial calculation.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney


By:    /s/ Michael R. Kenneth
       Michael R. Kenneth
       Assistant United States Attorney
       Florida Bar No. 44341
       400 North Tampa Street, Suite 3200
       Tampa, Florida 33602
       Telephone:   813-274-6000
       Facsimile:   813-274 6103
       E-Mail:  michael.kenneth@usdoj.gov

4

**U.S. v. RODRIGUEZ-MUNOZ, et al.**      **Case No.  8:22-cr-190-MSS-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to counsel for the parties of record.


/s/ *Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone:   813-274-6000
Facsimile:   813-274 6103
E-Mail:  michael.kenneth@usdoj.gov